**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**HOMEY HOMES HOLDINGS, L.L.C.,**<br><br>*Debtor.* | Bankruptcy No. 226-14255<br><br>Chapter 11 (SBRA) |

**DEBTOR'S 11 U.S.C. § 1116(1) DISCLOSURES**

**NOW COMES** Debtor, by and through above stated counsel, and hereby submits this Statement regarding the disclosures required by 11 U.S.C. § 1116(1).

1. The Debtor has not prepared a balance sheet.

2. The Debtor has not prepared a statement of operations.

3. The Debtor has not prepared a cash-flow statement.

4. The Debtor has not filed a Federal income tax return.

5. The Debtor will cooperate with the Office of the United States Trustee and will provide such financial information as may be reasonably requested, including bank statements and the information required for its monthly operating reports.

6. The Debtor has engaged Cindy Tran, SWS Group PC and is working with the accountant to prepare a balance sheet, statement of operations, and cash-flow statement, and to prepare and file any Federal income tax returns required to be filed by or on behalf of the Debtor. The Debtor will supplement this Statement and provide copies of such documents to the Office of the United States Trustee upon their completion.

I DECLARE, UNDER THE PENALTIES OF PERJURY, THAT THE CONTENTS OF THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

___/s/ Ivan Zhou__________________
Ivan Zhou

Date: October 9, 2026

Respectfully Submitted,

Dunne Law Offices, P.C.

By: ____/s/Stephen Dunne__________
STEPHEN DUNNE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Office of the United States Trustee

I hereby further certify that on the 9th day of October, 2026, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

None

By: ____/s/Stephen Dunne_________
STEPHEN DUNNE